UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| DARNELL WESLEY MOON, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 2:11-cv-221-JMS-WGH |
| FEDERAL BUREAU OF PRISONS, et al., | ) ) ) | |
| Defendants. | ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. Plaintiff Moon's request to reconsider the previous ruling on his request to proceed *in forma pauperis* [5] is denied. *See Patel v. Gonzales* 442 F.3d 1011, 1015-1016 (7th Cir. 2006) ("A motion to reconsider asks that a decision be reexamined in light of additional legal arguments, a change of law, or an argument that was overlooked earlier . . . .").

2. Plaintiff Richardson's request to proceed *in forma pauperis* [5] is granted. he is assessed an initial partial filing fee of $2.40. He shall have through November 15, 2011, in which to pay that sum to the clerk of the district court.

3. A copy of the docket sheet and a copy of the filed complaint shall be sent to each plaintiff with his copy of this Entry.

**IT IS SO ORDERED.**

Date: 10/11/2011

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Darnell Wesley Moon
34077-044
Terre Haute U.S.P
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808

Tony Richardson
#11894-040
Terre Haute – USP
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN   47808